

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | |
| Plaintiff, | ) | Case No. CR 97-097-N-EJL |
| vs. | ) | |
| LON T. HORIUCHI, | ) | **ORDER** |
| Defendant. | ) | |

Pending before the Court in the above-entitled matter is the Motion to Dismiss (Docket No. 76) filed by the State of Idaho. Counsel for Defendant Lon Horiuchi has notified the Court's staff attorney that Mr. Horiuchi has no objection to the motion to dismiss. Having fully reviewed the record, the Court finds that the facts and legal arguments are adequately presented in the briefs and record. Accordingly, in the interest of avoiding further delay, and because the Court conclusively finds that the decisional process would not be significantly aided by oral argument, this matter shall be decided on the record before this Court without oral argument.

Brett Benson, Boundary County Prosecuting Attorney, has moved the Court to dismiss the above-entitled matter on the grounds that it is unlikely that the State of Idaho will be able to prove beyond a reasonable doubt the charge set forth in the Information. Further, it is the judgment of this Court, having presided over the trial over which this incident arose, that the Prosecuting Attorney has reasonable grounds to justify his actions and that the matter

**ORDER** - Page 1
01 ORDERS\HORIUCHI_DIS.WPD

would likely be appealed to the United States Supreme Court due to the Constitutional issues involved. For these reasons and lacking opposition from the Defendant, the Court finds the motion to dismiss should be granted.

Being fully advised in the premises, the Court hereby orders that the State of Idaho's Motion to Dismiss (Docket No. 76) is **GRANTED** and the above-entitled case is **DISMISSED WITH PREJUDICE.**

Dated this _26th_ day of June, 2001.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

**ORDER** - Page 2
01ORDERS\HORIUCHI_DIS.WPD

dmc

United States District Court
for the
District of Idaho
June 25, 2001


* * CLERK'S CERTIFICATE OF MAILING * *


Re:   3:97-cr-00097


I certify that a copy of the attached document was mailed to the
following named persons:

*Brett Benson*
~~Denise M Woodbury~~, Esq.
BOUNDARY COUNTY PROSECUTOR
PO Box 1148
Bonners Ferry, ID   83805

Stephen Yagman, Esq.
YAGMAN & YAGMAN
723 Ocean Front Walk
Venice, CA   90291-3270

Robert Huntley, Esq.
GIVENS PURSLEY & HUNTLEY
PO Box 2720
Boise, ID   83701

Patrick J Miller, Esq.
GIVENS PURSLEY & HUNTLEY
PO Box 2720
Boise, ID   83701

Adam S Hoffinger, Esq.
PIPER & MARBURY
1200 19th St NW
Washington, DC   20036-2430

Earl J Silbert, Esq.
PIPER & MARBURY
1200 19th St NW
Washington, DC   20036-2430

Patrick P de Gravelles, Esq.
SCHWALB DONNENFELD & SILBERT
1025 Thomas Jefferson St NW
#300 East
Washington, DC   20007-5207

Patricia L Maher, Esq.
SCHWALB DONNENFELD & SILBERT
1025 Thomas Jefferson St NW
#300 East
Washington, DC   20007-5207

U.S. Marshal
HAND DELIVERED

Probation
HAND DELIVERED

Cameron S. Burke, Clerk

Date: _June 26, 2001_

BY: _____ Nicki Jones
(Deputy Clerk)