JUDGMENT

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NO. 98-30149
CT/AG#: CR-97-00097-EJL

STATE OF IDAHO

    Plaintiff - Appellant

v.

LON T. HORIUCHI

    Defendant - Appellee

APPEAL FROM the United States District Court for the District of Idaho (Boise).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Idaho (Boise) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that this court's panel opinion of June 14, 2000 and en banc court's opinion of June 5, 2001 are VACATED and the case is REMANDED to the district court with instructions to VACATE it's judgment as moot.

Filed and entered September 14, 2001

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 16 2001

by: Roberts
Deputy Clerk

**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF IDAHO,<br>      *Plaintiff-Appellant,*<br>v.<br>LON T. HORIUCHI,<br>      *Defendant-Appellee.* | No. 98-30149<br>D.C. No.<br>CR-97-00097-EJL<br>ORDER |

Filed September 14, 2001

Before: Mary M. Schroeder, Chief Judge, and
Procter Hug, Jr., Alex Kozinski, Pamela Ann Rymer,
Andrew J. Kleinfeld, Michael Daly Hawkins,
Sidney R. Thomas, Barry G. Silverman, Susan P. Graber,
William A. Fletcher and Richard A. Paez, Circuit Judges.

## ORDER

The motion of Appellant Lon T. Horiuchi to vacate the opinions previously entered is GRANTED, and IT IS HEREBY ORDERED that the opinion of the en banc court filed June 5, 2001, 253 F.3d 359 (9th Cir. 2001), the panel opinion filed June 14, 2000, 215 F.3d 986 (9th Cir. 2000), as well as the opinion and judgment of the district court entered May 14, 1998, CR-97-097-N-EJL (D. Id. May 14, 1998), be, and the same hereby are, VACATED as moot.

SO ORDERED.

MOATT   INVATT
86      CLOSED
                i

INTERNAL USE ONLY: Proceedings include all events.
98-30149 State of Idaho, et al v. Horiuchi

| | |
|---|---|
| STATE OF IDAHO<br>    Plaintiff - Appellant | Ramsey Clark, Esq.<br>(212) 475-3232<br>[COR LD NTC ret]<br>Attorney at Law<br>36 East 12th St.<br>New York, NY 10003<br><br>Stephen Yagman, Esq.<br>310/452-3200<br>[COR LD NTC cc]<br>Stephen Yagman, Esq.<br>(See above)<br>[COR LD NTC ret]<br>YAGMAN & YAGMAN<br>723 Ocean Front Walk<br>Venice, CA 90291<br><br>Todd M. Reed<br>208/267-7545<br>[COR LD NTC gov]<br>P.O. Box 1148<br>Bonners Ferry, ID 83805 |
| v. | |
| LON T. HORIUCHI<br>    Defendant - Appellee | Robert A. Salerno<br>FAX 223-2085<br>(202) 861-3900<br>[COR LD NTC ret]<br>Lorrie A. Giventer<br>FAX 223-2085<br>(202) 861-3900<br>[COR LD NTC ret]<br>PIPER & MARBURY<br>1200 Nineteenth Street, N.W.<br>Washington, DC 20036<br>(202) 861-3940<br><br>Robert C. Huntley, Jr., Esq.<br>FAX 208-388-0234<br>208-388-1230<br>[COR LD NTC]<br>Robert C. Huntley, Jr., Esq.<br>(See above)<br>[COR LD NTC ret]<br>P.O. Box 2188<br>Boise, ID 83701<br><br>Adam S. Hoffinger<br>FAX 223-2085<br>(202) 861-3900<br>[COR LD NTC ret]<br>1200 Nineteenth St. N.W. |

```
                                                        MOATT    INVATT
                                                        86       CLOSED
                                                                      i
INTERNAL USE ONLY: Proceedings include all events.
98-30149 State of Idaho, et al v. Horiuchi
```

                                          Washington, DC 20036-2430

                                          Earl J. Silbert, Esq.
                                          FAX 223-2085
                                          (202) 861-3900
                                          [COR LD NTC ret]
                                          PIPER & MARBURY
                                          1200 Nineteenth St. N.W.
                                          Washington, DC 20036-2430

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Amicus | Seth Waxman, Esq.<br>202/616-4171<br>[COR LD NTC ag]<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division, Torts Branch<br>P.O. Box 7146<br>Ben Franklin Station<br>Washington, DC 20044-7146<br><br>Timothy P. Garren<br>202-616-4171<br>[COR LD NTC gov]<br>U.S. DEPARTMENT OF JUSTICE<br>Torts Branch, Civil Division<br>P.O. Box 7146<br>Benjamin Franklin Station<br>Washington, DC 20044<br>(202)724-6966<br><br>Robert M. Loeb, Esq.<br>FAX 514-7964<br>202/514-4332<br>Room 9532<br>[COR LD NTC gov]<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>601 "D" Street, N.W.<br>Washington, DC 20004-0001 |
| WILLIAM BARR, Hon<br>   Amicus | Arthur B. Culvahouse, Jr.<br>(202) 383-5300<br>Suite 500 West<br>[COR LD NTC ret]<br>555 13th St., S.W.<br>Washington, DC 20004-1109<br><br>Denise Woodbury<br>(310) 452-3200<br>[COR LD NTC ret]<br>YAGMAN & YAGMAN |

INTERNAL USE ONLY: Proceedings include all events.
98-30149 State of Idaho, et al v. Horiuchi

                                    723 Ocean Front Walk
                                    Venice, CA 90291-3200

STEPHEN YAGMAN
     Amicus